# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 19-00242-TFM |
| | ) | |
| ERIC SCOTT RISLEY | ) | |

## FINAL ORDER OF FORFEITURE

This cause now comes before the Court upon the United States' motion for a Final Order of Forfeiture for the following property:

**One Marlin, Model 60, .22 caliber rifle, serial number 06235542;**

**One Ruger, Model 10/22, .22 caliber rifle, serial number 129-43952;**

**One Bauer Firearm, unknown model, .25 caliber pistol, 174620;**

**One Smith & Wesson, unknown model, .38 caliber revolver, serial number V329171; and**

**One Herbert Schmidt, unknown model, .22 caliber revolver, serial number 70796;**

The Court hereby finds that the motion is due to be **granted**, for the reasons set forth therein and as set out below:

On December 12, 2019, the United States filed a motion for preliminary order of forfeiture for the five firearms. In that motion, the United States established the defendants' interest in the property and the nexus between the property and the defendant's conviction for Count One of the Indictment. On December 30, 2019, pursuant to 18 U.S.C. § 924(d), Title 28 U.S.C. § 2461(c) and Fed. R. Cr. P. 32.2(b)(2), the Court entered a preliminary order of forfeiture for the five firearms. Doc. 33, PageID.83--86

In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6), the United States published notice of the forfeiture, and of its intent to dispose of the five firearms, on the official government website, www.forfeiture.gov, beginning on December 31, 2019 and ending on January 29, 2020.  The publication gave notice to all third parties with a legal interest in the property to file with the Clerk of the Court, 155 St. Joseph Street, Mobile, AL 36602, and a copy served upon Assistant United States Attorney Gina S. Vann, 63 South Royal Street, Suite 600, Mobile, AL 36602, a petition to adjudicate their interest within 60 days of the first date of publication.  No third party filed a petition or claimed an interest in the property, and the time for filing any such petition has expired.  Doc. 38, PageID.120-124

Further, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), forfeiture of the five firearms became final as to the defendant, Eric Scott Risley, at the time of sentencing and was made a part of the sentence and included in the judgment.  Doc. 46, PageID.167

Thus, the United States has met all statutory requirements for the forfeiture of the five firearms, and it is appropriate for the Court to enter a final order of forfeiture.

**NOW, THEREFORE**, the Court having considered the matter and having been fully advised in the premises, it is hereby **ORDERED, ADJUDGED and DECREED** that for good cause shown, the United States' motion is **GRANTED**.  Under 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(c)(2), all right, title, and interest in the five firearms are **CONDEMNED, FORFEITED and VESTED** in the United States for disposition according to law; and

**IT IS FURTHER ORDERED** that the Bureau of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency take the five firearms into its secure custody and control for disposition according to law; and,

**IT IS FURTHER ORDERED** that pursuant to 21U.S.C. § 853(n)(7), the United States of America has clear title to the five firearms and may warrant good title to any subsequent purchaser or transferee; and

**IT IS FURTHER ORDERED** that the Bureau of Alcohol, Tobacco, Firearms and Explosives or other duly authorized federal agency is hereby authorized to dispose of the five firearms in accordance with the law; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**DONE AND ORDERED** this 23rd day of March 2020.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE